1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DOUGLAS LEE HOPPER,                    Case No.  2:21-cv-00985-JDP (HC)

12                 Petitioner,              ORDER GRANTING PETITIONER'S
                                            MOTION FOR AN EXTENSION OF TIME
13        v.
                                            ECF No. 13
14   BRIAN KIBLER,

15                 Respondent.

16

17        Petitioner has filed a motion for an extension of time to file a response to the November 8,

18   2021 order to show cause and to file an amended petition.  Good cause appearing, it is hereby

19   ORDERED that:

20        1.  Petitioner's request for an extension of time, ECF No. 13, is granted.

21        2.  Petitioner is granted sixty days from the date of this order in which to file both an

22   amended petition and a response to the November 8, 2021 order to show cause.

23

24   IT IS SO ORDERED.

25

26   Dated:    December 6, 2021          _____

27                                        JEREMY D. PETERSON
                                          UNITED STATES MAGISTRATE JUDGE
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28