UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS LEE HOPPER, CDCR #V-22286,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>RAYMOND MADDEN, A. PALACIOS, P. BRACAMONTE, K. GRAVES,<br><br>　　　　　　　　　Defendants. | Case No.:  22-cv-1909-RSH-KSC<br><br>**ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR AN EXTENSION & DENYING ALL OTHER REQUESTED RELIEF**<br><br>[ECF No. 34] |

　　　On July 11, 2023, the Court dismissed the First Amended Complaint in this action and granted Plaintiff Douglas Hopper, a state inmate proceeding pro se, leave to file a Second Amended Complaint within 45 days. ECF No. 32 at 10. At Plaintiff's request, on August 7, 2023, the Court extended the deadline to file the amended pleading to September 25, 2023. ECF No. 33. On September 14, 2023, Plaintiff filed the current motion before the Court, requesting an additional extension of the deadline by 60 days. ECF No. 34.

1

1  The Court **GRANTS IN PART** Plaintiff's motion by extending the deadline for Plaintiff to file a Second Amended Complaint to **October 25, 2023**, and **DENIES** all other requested relief. The Court does not intend to grant further extensions.

**IT IS SO ORDERED**.

Dated: September 19, 2023.

*Robert S. Huie*
Hon. Robert S. Huie
United States District Judge